UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCIA BROWNLOW, | |
| Plaintiff, | Case No. 1:22-cv-06982 |
| v. | |
| CASTLE CREDIT CO HOLDINGS, LLC, and JOHN DOES 1-10, | Honorable Sunil R. Harjani |
| Defendants. | |

**JOINT STATUS REPORT PURSUANT TO COURT ORDER**

Pursuant to the Court's February 16, 2023 Order [Dkt. 17], the Parties submit this Joint Status Report.

1. **Status of Settlement Discussions and Discovery:**

Plaintiff and Defendant have been involved in settlement discussions. There has been written discovery exchange between the Parties. Plaintiff's counsel is working with Plaintiff to answer written discovery. Defendant has no objection to continued settlement discussions.

Dated: April 13, 2023

Respectfully submitted,

**MARCIA BROWNLOW**

**CASTLE CREDIT CO. HOLDINGS, LLC**

/s/ *Marwan R. Daher*
Marwan R. Daher, Esq.
SULAIMAN LAW GROUP, LTD
2500 S Highland Ave,
Suite 200
Lombard, IL 60148
Telephone: (630) 575-8180
mdaher@sulaimanlaw.com

/s/ *Nabil G. Foster*
Nabil G. Foster
Alyssa A. Johnson
BARRON & NEWBURGER, P.C.
53 W. Jackson Blvd., Suite 1205
Chicago, IL 60604
Telephone: 312-767-5750
Facsimile: 312-229-9203
nfoster@bn-lawyers.com
ajohnson@bn-lawyers.com

## CERTIFICAT OF SERVICE

I, Marwan R. Daher, certify that on April 13, 2023, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

/s/ *Marwan R. Daher*